**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA MAGDALENA FUNES OBREGO, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-73381 <br><br> Agency No. A095-719-492 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Maria Magdalena Funes Obrego, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

her motion to reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

for abuse of discretion the denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and we deny the petition for review.

The BIA acted within its discretion in denying Obrego's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order.  *See* 8 C.F.R. § 1003.2(b).

**PETITION FOR REVIEW DENIED.**

09-73381